THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTINE O. GREGOIRE, Governor of
the State of Washington,

              Plaintiff,

    v.

DONALD H. RUMSFELD, in his official
capacity as Secretary of Defense;
ANTHONY J. PRINCIPI, in his official
capacity as Chairman of the Defense Base
Closure and Realignment Commission; and
JAMES H. BILBRAY, PHILLIP E.
COYLE, HAROLD W. GEHMAN, JR.,
JAMES V. HANSEN, JAMES T. HILL,
LLOYD W. NEWTON, SAMUAL K.
SKINNER, and
SUE ELLEN TURNER, in their official
capacities as members of the Defense Base
Closure and Realignment Commission,

              Defendants.

CASE NO. C05-5583RJB

JOINT MOTION &
ORDER FOR STAY

NOTE ON MOTION
CALENDAR:
November 29, 2005

Plaintiff CHRISTINE O. GREGOIRE, by and through her attorney, ROB

MCKENNA, Attorney General of the State of Washington, and SARA J. FINLAY, Senior

Counsel, and Defendants, DONALD H. RUMSFELD, ANTHONY J. PRINCIPI, JAMES H.

BILBRAY, PHILLIP E. COYLE, HAROLD W. GEHMAN, JR., JAMES V. HANSEN,

JAMES T. HILL, LLOYD W. NEWTON, SAMUAL K. SKINNER, and SUE ELLEN

TURNER, by and through their attorney, MATTHEW LEPORE, Trial Attorney with the United States Department of Justice, file this Joint Motion for Stay based on the records and files in this case as well as the following:

1.      On September 13, 2005, Magistrate J. Kelley Arnold issued a "Minute Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" and a "Minute Order Regarding Discovery and Depositions."   These Orders establish certain discovery deadlines, including a December 5, 2005 deadline for the parties to file initial disclosures, and a December 12, 2005 deadline for the parties to file a discovery plan.

2.      The parties agree that this case consists primarily of purely legal issues and expect it to be disposed of through cross-dispositive motions without the need for any formal discovery.  To the extent any factual information is required by either party from the other, the parties anticipate an informal exchange.  Accordingly, the parties request relief from the pending discovery deadlines.

3.      Moreover, in this action Plaintiff seeks to prevent the implementation of a BRAC recommendation to realign the Fairchild Air Force Base, and the Parties have reason to believe that such implementation is not imminent.   Should any party believe that implementation has become imminent, however, any party may file motions consistent with applicable federal and local rules.

4.      Because implementation does not appear imminent, the parties request a stay of all proceedings at this time to allow for the possibility of resolving this case without further litigation.  The parties believe that such a stay of all proceedings, including the initial scheduling dates and Defendants' response date,[1] could avoid an unnecessary and premature expenditure of judicial resources.

---

[1]   On November 7, 2005, the parties jointly filed a stipulation and proposed Order extending Defendants' response date from November 8, 2005 to December 8, 2005.   Because Defendants anticipate filing a motion to dismiss this case (or, in the alternative, for summary

5.      From the outset, the parties have worked cooperatively, and they bring this motion in good faith in an effort to conserve judicial resources, narrow the legal issues in dispute,[2] and minimize litigation expenditures.

6.      For all of these reasons, the parties ask this Court to stay all proceedings at this time and to schedule a telephonic status conference for the week of May 29, 2006,[3] or at such other time as convenient for the Court, to discuss the status of this case and specifically to address whether the stay should continue or whether a briefing schedule on cross-dispositive motions should be set.

Respectfully submitted this 29th day of November, 2005.

ROB MCKENNA
Attorney General

s/ Sara J. Finlay
SARA J. FINLAY, WSBA #7821
Senior Counsel
Attorney General of Washington
905 Plum Street SE, Bldg.3
PO Box 40108
Olympia, WA 98504-0108
Phone: (360) 586-2436
Fax: (360) 586-3593
E-Mail: saraf@atg.wa.gov

Attorneys for Plaintiff

JOHN McKAY
United States Attorney

PETER D. KEISLER
Assistant Attorney General

VINCENT M. GARVEY
Deputy Branch Director

judgment), they request relief from having to file any response until a schedule is set for cross-motion briefing after the stay is lifted.  Plaintiffs concur with this request.
    [2]  For example, Plaintiff is considering dismissing the named Commissioners as defendants, leaving only Defense Secretary Rumsfeld as the defendant in this case.  Staying proceedings will allow Plaintiff to further consider this.
    [3]  The parties picked a date roughly six months from now.

1
s/ Matthew Lepore
MATTHEW LEPORE, CA #201205
2
Trial Attorney
United States Department of Justice
3
Civil Division, Federal Programs Branch
PO Box 883
4
Washington, D.C. 20044
Phone: (202) 514-3770
5
Fax: (202) 318-7601
E-Mail: matthew.lepore@usdoj.gov
6
Attorneys for Defendants
7

8

9   IT IS SO ORDERED, this 2nd day of December, 2005.

10

11

12

13   ROBERT J. BRYAN
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT MOTION & ORDER FOR STAY                4
CASE NO. C05-5583RJB